UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22184-CIV-MORENO

AMY HOWARD,

    Plaintiff,

vs.

KERZNER INTERNATIONAL LIMITED, a Bahamian company; KERZNER INTERNATIONAL BAHAMAS LIMITED, a Bahamian company; ISLAND HOTEL COMPANY LIMITED, a Bahamian company; PARADISE ISLAND LIMITED, a Bahamian company,

    Defendants.
_____/

## ORDER SETTING REASONABLE EXPERT FEES

THIS CAUSE came before the Court upon Plaintiff's Motion to Set Reasonable Expert Fee (D.E. No. 87), filed on **June 2, 2014**. A hearing on this matter took place **Tuesday, June 10, 2014 at 2:30 P.M**.

THE COURT has considered the motion and the pertinent portions of the record, and for the reasons state in open court, it is

**ADJUDGED** that the motion is GRANTED. The Court sets an expert fee of $500/hour for the expert witnesses of both Plaintiff and Defendants. Expert witness payment is to be paid upon completion of depositions and shall not be demanded prior to the time of deposition.

DONE AND ORDERED in open court at Miami, Florida, this 10 day of June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record